## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-20402-CMA

Plaintiff:
**ANA SCHAPER, CLAUDIA VEGA, MARJA GALAN, ROMINA BAZAN and DAYNELIS NOA**

vs.

Defendant:
**SEDUCTION COSMETIC CENTER CORP., LUIS R. JARDON, GRETEL JARDON, LILIAN ZAYAS, and LUX COSMETIC SURGERY CENTER CORP.**

For:
LINDSAY M. MASSILLON
FOWLER WHITE BURNETT, P.A.
1395 BRICKELL AVENUE
MIAMI, FL 33131

Received by Metro Process Service, Inc. on the 4th day of February, 2020 at 2:00 pm to be served on **LUX COSMETIC SURGERY CENTER CORP. C/O MARTHA BANDERA PEREZ, REGISTERED AGENT, 3510 SW 22ND STREET, MIAMI, FL 33145**.

I, Jesus Guerra, do hereby affirm that on the **5th day of February, 2020** at **11:05 am, I:**

**CORPORATE SERVICE** by serving the within named corporation by delivering a true copy of the **Summons In A Civil Action and Complaint (Demand For Jury Trial)** at the address of **3510 SW 22ND STREET, MIAMI, FL 33145** with the date and hour endorsed thereon by me to **ROXANNA BLANCHET** as **OFFICE MANAGER / EMPLOYEE** of the Registered Agent listed with the Florida Division of Corporations, when service of process could not be made on the Registered Agent because of failure to comply with F.S. 48.091. Service was made in accordance to F.S. 48.081 (3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Jesus Guerra
C.P.S #935

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387

Our Job Serial Number: MPS-2020000261

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ANA SCHAPER, CLAUDIA VEGA, MARJA GALAN, ROMINA BAZAN and DAYNELIS NOA <br><br> *Plaintiff(s)* <br> v. <br> SEDUCTION COSMETIC CENTER CORP., LUIS R.JARDON, GRETEL JARDON, LILIAN ZAYAS, and LUX COSMETIC SURGERY CENTER CORP. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20-cv-20402-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LUX COSMETIC SURGERY CENTER CORP.
C/O MARTHA BANDERA PEREZ, REGISTERED AGENT
3510 SW 22ND STREET
MIAMI, FLORIDA 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LINDSAY M. MASSILLON, ESQ.
FOWLER WHITE BURNETT, P.A.
13965 BRICKELL AVE., 14TH FLOOR
MIAMI, FLORIDA 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  01/30/2020

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

*[Handwritten annotations on right side: "Roxanna Blanchet", "OTC - MSR", "METRO PROCESS SVCE", "REC'D", "SERVED", "DATE 2/5/20 TIME 11:05 AM", "PS", "guerra 4355"]*