UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-20402-CMA

ANA SCHAPER, CLAUDIA VEGA,
MARJA GALAN, ROMINA BAZAN,
and DAYNELIS NOA,

      Plaintiffs,

v.

SEDUCTION COSMETIC CENTER
CORP., LUIS R. JARDON, GRETEL
JARDON, LILIAN ZAYAS, and LUX
COSMETIC SURGERY CENTER CORP.,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, hereby advise the Court that they have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in this case. Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty days for the parties to complete the settlement paperwork. Within this thirty-day period, the parties expect to file a joint stipulation or motion for approval of the terms of the parties' settlement under *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982) and for an order of dismissal of all claims with prejudice.

Dated: February 18, 2020.

*[Signatures to Follow]*

Respectfully Submitted:

**LALCHANDANI SIMON PL**
25 Southeast Second Ave, Suite 1020
Miami, Florida 33131
Tel.: (305) 999-5291
Fax: (305) 671-9282
*Attorneys for Defendants*

By: */s/ Kubs Lalchandani*
    Kubs Lalchandani
    Florida Bar No. 63966
    kubs@lslawpl.com
    James M. Slater
    Florida Bar No. 111779
    james@lslawpl.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Tel.: (305) 789-9200
Fax: (305) 789-9201
*Attorneys for Plaintiffs*

By: */s/ Daniel A. Milian*
    Daniel A. Milian
    Florida Bar No. 74803
    dmilian@fowler-white.com
    Ana E. Tovar
    Florida Bar No. 1008100
    atovar@fowler-white.com
    Lindsay M. Massillon
    Florida Bar No. 092098
    lmassillon@fowler-white.com

**CERTIFICATE OF COMPLIANCE WITH CM/ECF**
**ADMINISTRATIVE PROCEDURE 3J(3)**

**I HEREBY CERTIFY** that, pursuant to CM/ECF Administrative Procedure 3J(3),

counsel for Plaintiffs consented to the filing of this Joint Notice of Settlement.

By: */s/ Kubs Lalchandani*
    Kubs Lalchandani